**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CIERRA WATKINS,**          CASE NO. 8:18-CV-02370-JSM-JSS

    **Plaintiff,**

**v.**

**ONEMAIN FINANCIAL GROUP, LLC,**

    **Defendant.**
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW**, Plaintiff, **CIERRA WATKINS** ("Plaintiff"), by and through the undersigned counsel, and hereby pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) notifies this Court that Plaintiff's cause against Defendant, **ONEMAIN FINANCIAL GROUP, LLC**, should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **December 12, 2018**,

                                                    /s/ Kaelyn Steinkraus
                                                  Kaelyn Steinkraus, Esq.
                                                  Florida Bar No. 125132
                                                  kaelyn@zieglerlawoffice.com

                                                  /s/ Michael A. Ziegler
                                                  Michael A. Ziegler, Esq.
                                                  Florida Bar No. 74864
                                                  mike@zieglerlawoffice.com

                                                  Law Office of Michael A. Ziegler, P.L.
                                                  13575 58th Street North, Ste. 129
                                                  Clearwater, FL 33760
                                                  (p)  (727) 538-4188
                                                  (f)  (727) 362-4778
                                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this **12** day of **December, 2018**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and has been served via CM/ECF System upon:

David Elliott, Esq.
FL Bar No. 0094237
Email: delliott@burr.com;
      tsmyth@burr.com
Laura Westerman Tanner, Esq.
FL Bar No.: 0085573
Primary Email:   ltanner@burr.com
Secondary Email:dmorales@burr.com;
              anolting@burr.com;
              mguerra@burr.com
Burr & Forman, LLP
201 N. Franklin St., Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335

                                      */s/ Kaelyn Steinkraus*
                                      Kaelyn Steinkraus, Esq.
                                      Florida Bar No. 125132